UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES,

                         Plaintiff,

     -against-

JAMEL MOSS,

                      Defendant.
------------------------------------- x

ORDER

17 Crim. 649-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release proceeding for Defendant Jamel Moss will be held on July 26, 2023 at 10:00 a.m.

Dated: July 18, 2023
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge